**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

October 08, 2014

Hon. John Hutchison
Statutory Probate Judge
Presiding by Appointment
2500 E. T.C. Jester Blvd. # 675
Houston, TX 77008
* DELIVERED VIA E-MAIL *

Hon. Rene Flores
Attorney at Law
403 N. Conway Ave.
Mission, TX 78572
* DELIVERED VIA E-MAIL *

Hon. Yolanda Jurado Gesswein
Attorney at Law
135 Paseo del Prado, Ste. 15
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. Roberto (Bobby) Rene Garcia
Law Office of Bobby Garcia
5301 S. McColl Road
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-14-00484-CV
Tr.Ct.No. P-34,953
Style:   In Re Fred Adkins

Enclosed please find the opinion issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   Probate Court, Hidalgo County (DELIVERED VIA E-MAIL)
      Hon. Arturo Guajardo Jr., Hidalgo County Clerk (DELIVERED VIA E-MAIL)
      Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region
      (DELIVERED VIA E-MAIL)